**William ERNST et al., Plaintiffs-Appellants,**

v.

**MARKOUT WATER SUPPLY CORPORATION et al., Defendants-Appellees.**

No. 71-2736
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 19, 1971.

David H. Rosenberg, Lawrence Fischman, Fischman, Rosenberg, Kasmir & Preston, Dallas, Tex., for plaintiffs-appellants.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

**954**

H. Louis Nichols, Saner, Jack, Sallinger & Nichols, Dallas, Tex., for defendants-appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:
Affirmed. See Local Rule 21.[1]